IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BULLDOG NATIONAL RISK RETENTION GROUP, INC. f/k/a AMERICAN TRANSPORTATION INSURANCE RISK RETENTION GROUP | : | CIVIL ACTION |
| v. | : | |
| GB GROUP, LLC | : | NO. 25-3717 |

**ORDER**

**AND NOW**, this 29th day of July, 2026, upon consideration of Defendant GB Group, LLC's "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3), 13, 12(b)(6) or in the Alternative, Stay" (Docket No. 20) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Plaintiff's breach of contract claim (Count I), breach of fiduciary duty claim (Count III), and negligence claim (Count IV) for failure to state claims upon which relief can be granted pursuant to Rule 12(b)(6), and those Counts are **DISMISSED**.
2. The Motion is **DENIED** insofar as it seeks dismissal of Plaintiff's claim for breach of the implied covenant of good faith and fair dealing (Count II) or a stay.

BY THE COURT:

/s/ John R. Padova, J.

______________________________

John R. Padova, J.